```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X         07-CV-7825

ROCHELLE GREGORY,

                    Plaintiff,

     -against-                                 RULE 7.1
                                               DISCLOSURE
NIAGARA CREDIT SOLUTIONS, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - X
```

Defendant, NIAGARA CREDIT SOLUTIONS, INC., by its attorney, Arthur Sanders, alleges that the defendant has no publicly traded parent companies.

Dated:  Spring Valley, New York
        October 4, 2007

                                        _/S/_____
                                        ARTHUR SANDERS, ESQ. (AS-1210)
                                        Attorney for defendant
                                        2 Perlman Drive – Suite 301
                                        Spring Valley NY 10977-5230
                                        845-352-7272

## CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

    Amir J. Goldstein, Esq.

```
                                    _/S/_____
                                    ARTHUR SANDERS
```