UNITED STATIS DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROCHELLE GREGORY

                          Plaintiff,

                                                            __07__  CIVIL 7825  (RJS )

          -against-
NIAGARA CREDIT SOLUTIOS INC.
                                        Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information
Change(s) for: _____ Arthur Sanders _____

☑  **Attorney**

   ☑   I am U.S.D.C, Southern District of New York attorney. My bar Number is
        _____1210_____

   ☐   I am a Pro Hac Vice attorney

   ☐   I am a ~~Government Agency~~ Attorney

☑  **Law Firm/~~Government Agency Association~~**

   From:  ARTHUR SANDERS _____
   To: ____ MEL S HARRIS AND ASSOCIATES, LLC _____

   ☑   I will continue to be counsel of record on the above-entitled case at my new firm/~~agency~~

   ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my
        appearance was entered on _____ by Judge_____

☑  *Address:* _____ 5 Hanover Square, 8th floor, New York, NY 10004 _____

☑  *Telephone Number*: _____ 212-660-1050 _____

☑  *Fax Number*: _____ 212-660-1016 _____

☑  *E-mail Address* _____ asanders@melharrislaw.com

Date: _____       _____