UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCHELLE GREGORY,
           **Plaintiff.**

-v-

**NIAGRA CREDIT SOLUTIONS, INC., ET AL**
           **Defendants.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/14/08

Case No. 07-CV-07825 (RJS)(GWG)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Gorenstein for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_x\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Habeas Corpus

\_\_ Settlement* -

\_\_ Social Security

\_\_ Inquest After Default/Damages Hearing

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: \_\_\_\_

---

\* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:    New York, New York
           Jan. 11, 2008

RICHARD J. SULLIVAN
United States District Judge